JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
SCOTT SEIBEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| SCOTT SEIBEL,<br><br>        Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | No.   2:23-CV-00867-AC<br><br>STIPULATION AND  [~~proposed~~] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 4, 2023.

This is a first extension, requested because plaintiff's counsel must complete other briefing and travel out of town for a hearing.

Dated: August 14, 2023                    /s/    *Jesse S. Kaplan*
                                          JESSE S. KAPLAN
                                          Attorney for Plaintiff


Dated: August 14, 2023                     */s/ per e-mail authorization*

                                          OSCAR GONZALEZ de LLANO
                                          Special Assistant U.S. Attorney
                                          Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to September 4, 2023.

SO ORDERED.

Dated: August 15, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE