**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SCOTT SEIBEL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **SCOTT SEIBEL,** | No.   2:23-CV-00867-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR  SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 8, 2023.

This is a second extension, but of only four additional days. The original date was actually Labor Day. Plaintiff's counsel was out of town Monday and Tuesday this week for a hearing, had another hearing this week, prepared one prehearing brief Thursday and must prepare another

[Pleading Title] - 1

Friday, and will be out of town one day over this three-day weekend. For these reasons, plaintiff's opening brief cannot be properly prepared by the Labor Day date inadvertently selected previously.

Dated:   August 31, 2023                                          /s/    *Jesse S. Kaplan*
                                                                                   JESSE S. KAPLAN
                                                                                   Attorney for Plaintiff

Dated:   September 1, 2023                                      */s/ per e-mail authorization*
                                                                                   OSCAR GONZALEZ de LLANO
                                                                                   Special Assistant U.S. Attorney
                                                                                   Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to September 8, 2023.

SO ORDERED.

Dated: September 5, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE