PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. SEIBEL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:23-cv-00867-AC<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from October 9, 2023 to November 8, 2023. Defendant respectfully requests this due to counsel's briefing schedule, which includes four district court briefs due on October 9, 2023.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before November 8, 2023;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before November 22, 2023).

Respectfully submitted,

DATE: September 28, 2023

*/s/ Jesse S. Kaplan*\*
JESSE S. KAPLAN
Attorney for Plaintiff
(\* approved via email on  9/28/23)

PHILLIP A. TALBERT
United States Attorney

DATE: September 28, 2023       By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: September 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2