PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. SEIBEL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:23-cv-00867-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

    On remand, the Commissioner will offer Plaintiff an opportunity to submit additional evidence; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and

against Defendant, reversing the final decision of the Commissioner.

                                              Respectfully submitted,

DATE: November 8, 2023                    */s/ Jesse S. Kaplan*\*  
                                              JESSE S. KAPLAN  
                                              Attorney for Plaintiff  
                                              (\* approved via email on 11/7/23)

                                              PHILLIP A. TALBERT  
                                              United States Attorney

DATE: November 8, 2023         By    *s/ Marcelo Illarmo*  
                                              MARCELO ILLARMO  
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

                                              <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: November 9, 2023                    _____  
                                            ALLISON CLAIRE  
                                            UNITED STATES MAGISTRATE JUDGE